# RESOLUTION OF BOARD OF DIRECTORS TO AUTHORIZE
# FILING OF CHAPTER 7 BANKRUPTCY

The undersigned being all the members of the Board of Directors of RMK, Inc.., and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived; and

The Board of Directors having received and reviewed reports furnished it concerning the financial conditions of the Company; and

It appearing in the business judgment of the Board of Directors that the Company should file for Chapter 7 bankruptcy.

## RECITALS

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code.

## RESOLUTIONS

NOW, THEREFORE, be it resolved that the Corporation file as soon as practicable a bankruptcy in
accordance with  Chapter 7 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that this Corporation is empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted, a petition for relief under Chapter 7 of the Bankruptcy Code;

BE IS FURTHER RESOLVED that Murubhai Khunti is designated and authorized to act as the authorized representative and "Responsible Individual" for the Corporation as may be required by the Local Bankruptcy Rules for the Northern District of California; and

BE IF FURTHER RESOLVED that this Corporation is empowered and directed to retain Paul Seabrook, dba Seabrook Law Offices to commence and prosecute the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 7 case; and Paul Seabrook, dba Seabrook Law Offices is authorized to take such action in the bankruptcy case, which in its discretion, concludes are necessary.

BE IT FURTHER RESOLVED that the officers and agents of the Corporation are authorized, empowered and directed to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 7 case.

The undersigned hereby certifies that  he is the duly elected and qualified President and the

custodian of the books and records and seal of RMK, Inc., a corporation
duly formed pursuant to the laws of the state of Californa and that the foregoing is a true record of

a resolution duly adopted at a meeting of the Board and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on August 1, 2017 and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed the corporate seal of the above-named Corporation the August 1, 2017.

_____
, President